1  JEROME ANTHONY CLAY, JR., Esq., CA Bar No. 327175
   jclay7@claylaw.net
2  LAW OFFICES OF JEROME A. CLAY
   5250 Claremont Avenue, Suite 221
3  Stockton, CA  95207
   Telephone:     209-603-9852
4  Facsimile:      510-280-2841

5  Attorneys for Plaintiff
   TYRONE WISE, II
6

7  HARDY R. MURPHY, CA Bar No. 187149
   hardy.murphy@ogletree.com
8  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
9  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
10 Telephone:     213-239-9800
   Facsimile:     213-239-9045
11
   KRISTIN C. CHRISTENSEN, CA Bar No. 286711
12 kristin.christensen@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK &
13 STEWART, P.C.
   One Embarcadero Center, Suite 900
14 San Francisco, CA  94111
   Telephone:     415-442-4810
15 Facsimile:      415-442-4870

16 Attorneys for Defendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
17

18

19                    **UNITED STATES DISTRICT COURT**

20                    **NORTHERN DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| 22  TYRONE WISE, II, an individual, | Case No. 4:25-cv-02972-KAW |
| 23           Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT;** |
| 24       v. | |
| 25  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, | **[PROPOSED] ORDER** |
| 26           Defendant. | Complaint Filed:  March 31, 2025 |
| 27 | Trial Date:        None Set |
| | Judge:              Hon. xx |
| 28 | |

Plaintiff Tyrone Wise, II ("Plaintiff"), and defendant The Regents of the University of California ("Defendant"), agree as follows:

### RECITALS

A. On March 31, 2025, Plaintiff filed against Defendant a civil complaint in the United States District Court, Northern District of California, Case Number 4:25-cv-02972-KAW ("Complaint");

B. In the Complaint, Plaintiff alleges against Defendant five causes of action, arising under 42 U.S.C. §§ 2000e-2(a), 2000e-2(a) and 2000e-3;

C. The Complaint consist of 111 paragraphs over 28 pages, with an additional 150 pages of exhibits;

D. Plaintiff caused Defendant to be served with the Complaint on April 24, 2025;

E. Based on the date and manner of service, May 15, 2025, is Defendant's current last day to respond to the Complaint;

F. Defendant recently retained counsel, specifically, Hardy Ray Murphy and Kristin Calson Christensen of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("defense counsel"), to represent Defendant in this case; and

H. Defense counsel needs a reasonable extension to prepare and file a responsive pleading; Plaintiff has agreed that Defendant may have a 30-day extension to file and Defendant's responsive pleading; and

I. This extension will not alter the date of any event or deadline already fixed by Court order and is made pursuant to Local Rule 6-1(a).

### STIPULATION

NOW, THEREFORE, based on the foregoing recitals, which are an integral part of this stipulation and, as necessary, shall be analyzed for purposes of evaluating this stipulation, Plaintiff and Defendant stipulate, as follows:

1. Defendant's last day to respond to the complaint is extended to Monday, June 16, 2025;

2. This Stipulation and the extension of time for Defendant to respond to the Complaint shall be without prejudice to any claims, defenses, or rights that any party may have regarding the Complaint or any other matter in this action.

**IT IS SO STIPULATED.**

//
//
//
//

DATED: May 6, 2025      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Kristin C. Christensen
HARDY R. MURPHY
KRISTIN C. CHRISTENSEN
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: _____May 6_____, 2025      LAW OFFICES OF JEROME A. CLAY

By: /s/ Jerome A. Clay
JEROME A. CLAY, JR.
Attorneys for Plaintiff
TYRONE WISE, II

**IT IS SO ORDERED.**

DATED: _____, 2025      _____
United States Magistrate Judge

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: May 6, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Kristin C. Christensen
HARDY R. MURPHY
KRISTIN C. CHRISTENSEN
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

89783605.v1-OGLETREE